IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DIANA D. THOMAS
ADC #716766                                                                                          PLAINTIFF

v.                          Case No. 4:20-cv-00151 KGB-JJV

BILLY W. INMAN, *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Diana D. Thomas' complaint is dismissed without prejudice. The relief sought is denied.

It is so adjudged this 19th day of January, 2021.

Kristine G. Baker
United States District Judge